# Court of Appeals, State of Michigan

## ORDER

Charles Rollison D O v Joseph A Kingsbury D O

Docket No. 320599

LC No. 11-096709-CZ

Kathleen Jansen
Presiding Judge

David H. Sawyer

Karen M. Fort Hood
Judges

The Court orders that the motion for clarification is GRANTED.

On the Court's own motion, the Court's opinion issued on June 18, 2015, is VACATED and a new opinion is issued with this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 16 2015

Date

Chief Clerk